```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 07 B 14783
   LISA JONES
                                              CHAPTER 13

                                              JUDGE: SUSAN PIERSON SONDERBY

           Debtor
   SSN XXX-XX-7014


--------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 08/15/2007 and was confirmed 10/25/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was converted to chapter 7 after confirmation 05/29/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
--------------------------------------------------------------------------------
FOREST L INGRAM            UNSECURED          934.00         .00          153.89
AMERICAS SERVICING COMPA   NOTICE ONLY     NOT FILED         .00             .00
AMERICAS SERVICING COMPA   CURRENT MORTG        .00          .00             .00
AMERICAS SERVICING COMPA   MORTGAGE ARRE     1247.31         .00         1247.31
ALLSTATE BANK              UNSECURED       NOT FILED         .00             .00
PORTFOLIO RECOVERY ASSOC   UNSECURED         1298.29         .00          213.91
CHECK N GO                 UNSECURED       NOT FILED         .00             .00
CITIFINANCIAL AUTO CREDI   FILED LATE           .00          .00             .00
ER SOLUTIONS INC           UNSECURED          877.46         .00          144.57
FAIRLANE CREDIT            UNSECURED        18869.04         .00         3109.02
FIRST REVENUE ASSURANCE    UNSECURED       NOT FILED         .00             .00
FOREST L INGRAM            UNSECURED       NOT FILED         .00             .00
ECAST SETTLEMENT CORP      UNSECURED          724.09         .00          119.30
EMERGE MASTERCARD          UNSECURED         1009.97         .00          166.41
US DEPT OF EDUCATION       UNSECURED        22742.51         .00         3747.24
NORTHWESTERN UNIVERSITY    UNSECURED       NOT FILED         .00             .00
ROUNDUP FUNDING LLC        UNSECURED         1814.08         .00          298.90
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY      2,834.00                     2,834.00
TOM VAUGHN                 TRUSTEE                                         943.42
DEBTOR REFUND              REFUND                                          783.44

          Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                     RECEIPTS          DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE             13,761.41

PRIORITY                                       .00
SECURED                                   1,247.31
UNSECURED                                 7,953.24
ADMINISTRATIVE                            2,834.00
TRUSTEE COMPENSATION                        943.42

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 07 B 14783 LISA JONES
```

```
DEBTOR REFUND                                                         783.44
                                              ---------------    ---------------
TOTALS                                             13,761.41          13,761.41
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                        /s/ Tom Vaughn
     Dated: 08/20/08                    _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE




                              PAGE   2
         CASE NO. 07 B 14783 LISA JONES